IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Case No. 19-cv-03562 (ABJ) |
| OFFICE OF MANAGEMENT AND BUDGET | ) ) ) ) |  |
| Defendant. | ) ) |  |

**DEFENDANT'S NOTICE OF DELIVERY OF
DOCUMENTS FOR *IN CAMERA*, *EX PARTE* INSPECTION**

Please take notice that, pursuant to this Court's May 13, 2020 Minute Order, Defendant has delivered to chambers, for *in camera*, *ex parte* inspection, the unredacted versions of the documents at issue in this case.

May 20, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/Rebecca Cutri-Kohart*
Rebecca Cutri-Kohart
D.C. Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-0265 (office)
rebecca.cutri-kohart@usdoj.gov

*Attorneys for Defendant*