IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY AND CHARLIE SAVAGE,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>*Defendant*. | Civil Action No. 1:19-cv-3562 (ABJ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ADDITIONAL SUPPORT**

On November 26, 2019, Plaintiffs, the New York Times Company and Charlie Savage, brought this case under the Freedom of Information Act ("FOIA") seeking records from Defendant Office of Management and Budget.  *See* ECF No. 1.  In addressing the parties' cross motions for summary judgment, the Court ordered that "by April 12, 2021, defendant must either inform the Court that [Documents 7, 9, 10, 14, 15, 17, and one paragraph in Document 21] will be produced, or comply more fully with section 552(a)(8)(A)."  Mar. 29, 2021 Order at 15, ECF No. 35 ("Order").  The Court also scheduled a status conference for April 19, 2021 to "address whether the elements of either privilege have been established on a document by document basis" and set a schedule for production.  Order at 2, 15; Mar. 30, 2021 Minute Order.

Defendant respectfully requests a two week extension of time, from April 12 to April 26, 2021, to either file an additional basis for its compliance with section 552(a)(8)(A) or determine if some or all of the records will be produced.  Under LCvR 7(m), undersigned counsel for Defendant has conferred with counsel for Plaintiffs, and Plaintiffs consent to the extension.

Good cause exists for the requested extension. Defendant's deliberations would benefit from the opportunity to hear and consider the Court's document-by-document reasoning on the fourteen records that is has already ruled upon prior to making a determination with respect to the remaining seven records. In addition, given the change in administration, additional time is needed for new personnel to familiarize themselves with the issues in this litigation.

For these reasons, Defendant respectfully requests a two week extension, from April 12 to April 26, 2021, to provide additional support or make the determination to produce some or all of the records identified by the Court. *See* Order at 15. A proposed order accompanies this motion.

Dated: April 7, 2021

Respectfully submitted,
BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Rebecca Cutri-Kohart*
Rebecca Cutri-Kohart
D.C. Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005