IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>Defendant. | Case No. 19-cv-03562 (ABJ) |

## JOINT NOTICE

On November 26, 2019, Plaintiffs, the New York Times Company and Charlie Savage, brought this case under the Freedom of Information Act ("FOIA") seeking records from Defendant Office of Management and Budget. *See* ECF No. 1. In addressing the parties' cross-motions for summary judgment, the Court ordered that, "by April 12, 2021, defendant must either inform the Court that [Documents 7, 9, 10, 14, 15, 17, and one paragraph in Document 21] will be produced, or comply more fully with section 552(a)(8)(A)." Mar. 29, 2021 Order at 15, ECF No. 35 ("Order"). The Court granted Defendant's motion to file the any additional support for these documents by April 26, 2021. Apr. 9, 2021 Minute Order.

The parties respectfully inform the Court that they have reached an agreement regarding Documents 9, 10, 14, 15, 17, and 21. Today, Defendant will produce these records to Plaintiffs, subject to limited redactions agreed to by the parties. With this production, Plaintiffs agree that their dispute with Defendant regarding Documents 9, 10, 14, 15, 17, and 21 is resolved, and no further Court intervention as to these documents is necessary. Accordingly, Defendant will only

1

be filing additional support for Document 7 in its upcoming submission on April 26, 2021, in the form of a declaration from the Department of State.

| | |
|---|---|
| Dated: April 16, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division |
| | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| | _/s/ Rebecca Cutri-Kohart_<br>Rebecca Cutri-Kohart<br>D.C. Bar No. 1049030<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005 |
| | _David McCraw_<br>David McCraw<br>District Court Bar I.D.: NY0200<br>Legal Department<br>New York Times Company<br>620 Eighth Avenue<br>New York, NY 10018 |

2