IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           X
THE NEW YORK TIMES COMPANY and             :
CHARLIE SAVAGE                             :
                                           :
                        Plaintiffs,        :
                                           :
            v.                             :   Case No. 19-cv-03562 (ABJ)
                                           :
OFFICE OF MANAGEMENT AND BUDGET            :
                                           :
                                           :
                        Defendant.         :
                                           :
_____X

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE A MOTION FOR ATTORNEYS' FEES**

On November 26, 2019, Plaintiffs The New York Times Company and Charlie Savage (together, "The Times") filed this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking records from Defendant Office of Management and Budget ("OMB"). *See* ECF No. 1. On May 18, 2021, the Court issued a final appealable order determining summary judgment. *See* Order, ECF No. 40. On May 27, 2021, the Court granted parties' joint motion for extension of time to file a motion for attorneys' fees, setting a deadline of July 1, 2021 for any motion for an award of attorneys' fees and costs. *See* Joint Motion, ECF No. 41. The parties respectfully request that the deadline for any motion seeking attorneys' fees be further extended from July 1, 2021 to August 13, 2021.

Good cause exists for this extension. OMB has not yet determined whether it will file an appeal in this case. The parties agree that a determination of any award of attorneys' fees and costs should occur only after this action is fully resolved. Additional time will also allow the parties to attempt to resolve the issues of fees without further intervention from this Court. Thus,

the parties respectfully request that the Court set the deadline of August 13, 2021 for any motion for an award of attorneys' fees and costs. A proposed order is attached.

Dated: June 30, 2021                                  Respectfully submitted,

 

                                                 BRIAN M. BOYTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Rebecca Cutri-Kohart
Rebecca Cutri-Kohart
D.C. Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant*

/s/ David E. McCraw
DAVID E. MCCRAW
Deputy General Counsel
The New York Times Company
620 8th Avenue, 13th Floor
New York, NY 10018
Tel: (212) 556-4031
Fax: (212) 556-4634
Email: mccrad@nytimes.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE,<br><br>                 Plaintiffs,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>                 Defendant. | Case No. 19-cv-03562 (ABJ) |

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Motion for an Extension of Time to File a Motion for Attorneys' Fees, it is hereby ORDERED that the Joint Motion is GRANTED. Any motion for attorneys' fees is due August 13, 2021.

Date: _____

_____
Amy Berman Jackson
United States District Judge