IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE,<br><br>           Plaintiffs,<br><br>     v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>           Defendant. | Case No. 19-cv-03562 (ABJ) |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE A MOTION FOR ATTORNEY'S FEES**

On November 26, 2019, Plaintiffs The New York Times Company and Charlie Savage (together, "The Times") filed this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking records from Defendant Office of Management and Budget ("OMB"). *See* ECF No. 1. On May 18, 2021, the Court issued a final, appealable order determining summary judgment. *See* Order, ECF No. 40. On May 27, 2021, the Court granted parties' joint motion to extend the time to file a motion for attorneys' fees to July 1, 2021. *See* Joint Motion, ECF No. 41. Then the Court granted parties' subsequent motion for a second extension to August 13, 2021. *See* Joint Motion, ECF No. 42. The parties respectfully request that the deadline for any motion seeking attorneys' fees be further extended from August 13, 2021 to September 15, 2021.

Good cause exists for this extension. On July 16, 2021, OMB produced Document Numbers 1, 2, 3, 4, 5, 11, 19, and 20 to the Times pursuant to the Court's Orders, ECF Nos. 35, 40, and the April 19, 2021 Hearing. Subsequently, the parties began good faith negotiations regarding the Times' request for attorneys' fees. The parties have made substantial progress on

1

reaching an agreement, and additional time will allow the parties to resolve this issue without further intervention from the Court. Thus, the parties respectfully request that the Court set a deadline of September 15, 2021 for any motion for and award of attorneys' fees and costs, should the parties be unable to reach a resolution before that time. A proposed order is attached.

Dated: August 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Rebecca Cutri-Kohart*
Rebecca Cutri-Kohart
D.C. Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant*

*/s/ David E. McCraw*
DAVID E. MCCRAW
Deputy General Counsel
The New York Times Company
620 8th Avenue, 13th Floor
New York, NY 10018
Tel: (212) 556-4031
Fax: (212) 556-4634
Email: mccrad@nytimes.com

*Counsel for Plaintiffs*