IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 19-cv-03562 (ABJ) ) |
| OFFICE OF MANAGEMENT AND BUDGET | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs The New York Times Company and Charlie Savage and Defendant Office of Management and Budget hereby stipulate to the dismissal of this action with prejudice.

Dated: September 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Rebecca Cutri-Kohart*
Rebecca Cutri-Kohart
D.C. Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant*

/s/ *David E. McCraw*
DAVID E. MCCRAW
Deputy General Counsel
The New York Times Company
620 8th Avenue, 13th Floor
New York, NY 10018
Tel: (212) 556-4031
Fax: (212) 556-4634
Email: mccrad@nytimes.com

*Counsel for Plaintiffs*
